UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

APOLLON NIMO,

        Defendant.
_____/

Case No. 23-mc-51471

HON. MARK A. GOLDSMITH

**ORDER FOLLOWING MOTION HEARING**

The Court held a motion hearing on FCA US LLC's partial motion to quash the subpoena issued by Defendant Apollon Nimo (Dkt. 6) on July 22, 2024. As directed at the close of the hearing, FCA and Nimo must each submit a proposed opinion and order. Each party's proposed opinion and order must: (i) reflect the decision the party would like the Court to make; (ii) set forth any facts and law the party believes supports that decision; and (iii) responds to all issues raised by the opposing party. Each party must send their proposed opinion and order to the Court's law clerk by email by August 5, 2024.

        SO ORDERED.

Dated: July 23, 2024
       Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge